AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| vs. | |
| | CASE NUMBER:  5:11-MJ-75-LAB |

Rufino ROBELO-GALO,
Lee Parker BUSSEY, JR.,
Frank Eben GULLETT, JR.,
Jack Allen KELLY,
Cora Rebecca STONE,
Rowdy Dewayne GILBERT,
Mary Ann BREWER,
Christopher D. GULLETT,
Bobby Jene KENT,
Soul BARRAGON,
Ricardo Heredia BARRON,
First Name Unknown ("FNU") Last Name Unknown ("LNU"), as depicted in the photograph in Attachment A ("UM-1"), and
FNU LNU, whose voice can be heard on Target Telephone 3, call session number 23 on April 22, 2011 at 6:08 P.M. ("UM-2")

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### COUNT ONE

From in or about <u>August 2010</u> to on or about <u>May 19, 2011</u>, in the Northern District of Florida, the defendants:

> with each other and others to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, namely, in excess of 500 grams or more of a mixture and substance containing methamphetamine, in violation of 21 U.S.C. § 841(a)(1),
>
> All in violation of Title <u>21</u>, United States Code, Section <u>846</u> and Title <u>18</u>, United States Code, Section <u>2</u>.

I further state that I am a <u>Special Agent</u> with the <u>United States Drug Enforcement Administration</u>, and that this Complaint is based upon the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: **X** Yes ☐ No

_____
Special Agent Michael H. Clear
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, on <u>May 19, 2011</u>, at Panama City, Florida.

_____
LARRY A. BODIFORD
U.S. Magistrate Judge