AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.

Rufino ROBELO-GALO,
Lee Parker BUSSEY, JR.,
Frank Eben GULLETT, JR.,
Jack Allen KELLY,
Cora Rebecca STONE,
Rowdy Dewayne GILBERT,
Mary Ann BREWER,
Christopher D. GULLETT,
Bobby Jene KENT,
Soul BARRAGON,
Ricardo Heredia BARRON,
Nestor Jose HERNANDEZ-ESTRADA,
Jesus CADENAS-BAEZ,
Octavio GONZALEZ-FLORES, and
Juan Jose CADENAS-BAEZ

**AMENDED CRIMINAL COMPLAINT**

CASE NUMBER: 5:11-MJ-75-LAB

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**COUNT ONE:** From in or about August 2010 to on or about May 21, 2011, in the Northern District of Florida, the defendants conspired with each other and others to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, namely, in excess of 500 grams of mixtures and substances containing methamphetamine, in violation of 21 U.S.C. § 841(a)(1), all in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

I further state that I am a Special Agent with the United States Drug Enforcement Administration, and that this Complaint is based upon the following facts: SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  X Yes   ☐ No

Special Agent Michael H. Clear
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, on May 23, 2011, at Panama City, Florida.

LARRY A. BODIFORD
U.S. Magistrate Judge

Rec'd 0523 11 USDCFln 5PM 0237