UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

-vs-                                                Case # 5:11cr23-006

ROWDY DEWAYNE GILBERT

Defendant's Attorney:
Dustin Scott Stephenson
1156 Jenks Avenue
Panama City, Florida  32401

_____

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

A second amended petition dated November 27, 2017 charged the defendant with 15 violations of conditions of supervised release. The defendant admitted guilt and was adjudged guilty of all violations.

| VIOLATION NUMBER | NATURE OF VIOLATION | DATE VIOLATION OCCURRED |
|---|---|---|
| 1 | Unlawfully using methamphetamine and amphetamine | February 17, 2016 |
| 2 | Unlawfully using methamphetamine and amphetamine | April 12, 2016 |
| 3 | Failing to complete substance abuse treatment | May 9, 2016 |

Case No.  5:11cr23-006

| 4 | Failing to answer truthfully all inquiries of the officer and follow the instructions of the probation officer | December 19, 2016 |
| 5 | Unlawfully using methamphetamine and amphetamine | August 9, 2017 |
| 6 | Unlawfully using methamphetamine and amphetamine | August 28, 2017 |
| 7 | Unlawfully using methamphetamine and amphetamine | September 6, 2017 |
| 8 | Unlawfully using methamphetamine and amphetamine | September 22, 2017 |
| 9 | Unlawfully using methamphetamine and amphetamine | September 28, 2017 |
| 10 | Failing to follow the instructions of the probation officer by failing to attend meetings at Celebrate Recovery | September 28, 2017 |
| 11 | Unlawfully using methamphetamine and amphetamine | October 4, 2017 |
| 12 | Unlawfully using methamphetamine and amphetamine | October 26, 2017 |

| | | |
|---|---|---|
| 13 | Unlawfully using methamphetamine | November 1, 2017 |
| 14 | Unlawfully using methamphetamine and amphetamine | November 14, 2017 |
| 15 | Failing to answer truthfully all inquiries of the officer and follow the instructions of the probation officer regarding full-time employment | October 30, 2017 |

The supervised release imposed in this case by judgment on April 16, 2015, is hereby revoked.

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

U.S.M. # 21000-017                     Date of Imposition of Sentence:
                                       November 30, 2017


                                       s/Robert L. Hinkle
                                       United States District Judge
                                       December 4, 2017

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 6 months.

No term of supervised release imposed.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy

of this judgment.

_____
UNITED STATES MARSHAL


By:_____
Deputy U.S. Marshal

Case No.  5:11cr23-006